## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**LAWRENCE PAUL ANDERSON**                                                        **PLAINTIFF**

**v.**                                          **3:10CV00248-WRW-JTK**

**JOHN VARNER, et al.**                                                           **DEFENDANTS**

### <u>JUDGMENT</u>

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice.  The relief sought is denied.

IT IS SO ADJUDGED this 25th day of October, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE